FILED: **9/5/07**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NO. 4:03CR38 |
| § | |
| JERRY VALENTINE § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration as well as the Defendant's objections thereto. Having made a *de novo* review of the objections raised by the Defendant to the report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge, as subsequently modified by the Magistrate Judge, are correct and the objections of the Defendant no longer have merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, to run consecutively with any other sentence, with no supervised release to follow.

**SIGNED this the 4th day of September, 2007.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE